**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00354-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOEL E. MILLER,
    a/k/a Joel Edward Miller,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on defendant's **Motion For Reconsideration of Court Order Denying Motion To Dismiss (Doc. 152)** [#155][2] filed October 29, 2014. The motion is **STRICKEN** as duplicitive of defendant's previous motion, [#154].

    Dated:  October 29, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#155]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.