**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00354-REB

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1.  JOEL E. MILLER,
    a/k/a Joel Edward Miller,

    Defendant.

**ORDER EXCLUDING ADDITIONAL TIME UNDER THE SPEEDY TRIAL ACT
(18 U.S.C. § 3161(h)(7)(A))**

**Blackburn, J.**

    This matter is before me *sua sponte* to exclude additional time under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-3174 (the Act). Based on the analysis below, I exclude 45 days from and including December 5, 2014, through and including January 19, 2015, from the computation of time for a speedy trial under the Act.

    I have previously excluded time from this matter at the request of one or both of the parties. (*See* **Courtroom Minutes** [#57],[1] filed May 29, 2014; **Courtroom Minutes** [#52], filed March 19, 2014; **Courtroom Minutes** [#43], filed February 19, 2014; **Courtroom Minutes** [#23], filed October 17, 2013.) I have been monitoring this case carefully. Defendant continues to conduct pretrial investigation and has been diligent in his trial preparation. Nevertheless, given the complex nature and extent of the charges

---

[1] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I continue to use this convention throughout this order and the orders entered in this case.

brought against him, defendant requires additional time, i.e., at least 45 days, to adequately finalize his preparation for trial.  Without the exclusion of this additional time, defendant could be forced to trial – ironically in the name of speedy trial – well before he can be trial-ready.[2]

The totality of relevant circumstances ineluctably cause me to conclude that the failure to exclude an additional 45 days would actually shorten the time for a speedy trial; thus, depriving counsel for the defendants of the time reasonably necessary for pretrial and trial preparation with the concomitant risk of a miscarriage of justice.  18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv). Additionally, the failure to exclude an additional 45 days in this complex case would make it unreasonable to expect adequate preparation for pretrial and trial proceedings in the time otherwise allocated for a speedy trial under the Act.  *Id.* § 3161(h)(7)(B)(ii). Thus, I conclude ultimately that the ends of justice by excluding at least an additional 45 days outweigh the best interests of the public and the defendant in a speedy trial. Section 3161(h)(7)(A).

**THEREFORE, IT IS ORDERED** as follows:

1. That an additional 45 days from and including December 5, 2014, through and including January 19, 2015, **SHALL BE EXCLUDED** under 18 U.S.C. § 3161(h)(7)(A)

---

[2]  Although my findings "'may be entered on the record after the fact, they may not be made after the fact.'" *United States v. Hill*, 197 F.3d 436, 441 (10th Cir. 1999) (quoting *United States v. Doran*, 882 F.2d 1511, 1516 (10th Cir.1989)).  "Instead, '[t]he balancing must occur contemporaneously with the granting of the continuance because Congress intended that the decision to grant an ends-of-justice continuance be prospective, not retroactive[.]'" *Id.* (quoting *Doran*, 882 F.2d at 1516).  I conducted my analysis and reached my conclusions on or about December 5, 2014.  Thus, I have discharged these duties.

from the time for a speedy trial under the Speedy Trial Act of 1974;[3]

    2.  That any party that objects to the foregoing findings, conclusions, or orders **SHALL FILE** its objections by **December 22, 2014**; and

    3.  That the court **SHALL CONDUCT** a telephonic setting conference on **December 29, 2014**, at **10:30 a.m.**, to set this matter for a status conference to be held before January 19, 2015; provided, further, that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated December 8, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[3] The exclusion of this period in no way affects the exclusion of some or all of this same time or additional time under other provisions of the Act.