**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00354-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOEL E. MILLER,
    a/k/a Joel Edward Miller,

    Defendant.

## ORDER DETERMINING SITUS OF TRIAL

**Blackburn, J.**

The matter is before me to determine the situs of the jury trial set to commence June 8, 2015, for which trial I have reserved 21 trial days. The parties have briefed the issue, and it is now ripe.[1]

Having considered all relevant adjudicative facts in the file and record of this action, and the facts presented, reasons stated, arguments advanced, and authorities cited by the parties, I find and conclude that trial should be conducted in the Alfred A. Arraj United States Courthouse Annex in Denver, Colorado.

**THEREFORE, IT IS ORDERED** as follows:

1.  That defendant's **Motion To Hold Trial in Denver, Colorado** [#202] filed January 27, 2015, is granted;

---

[1] *See* government's **Motion To Hold Trial and Other Court Proceedings in Grand Junction, Colorado** [#200] filed January 22, 2015, and defendant's Motion To Hold Trial in Denver, Colorado [#202] filed January 27, 2015.

2. That government's **Motion To Hold Trial and Other Court Proceedings in Grand Junction, Colorado** [#200] filed January 22, 2015, is denied;

3. That trial by jury shall commence June 8, 2015, and be conducted in the Alfred A. Arraj United States Courthouse Annex, 901 19th Street, A1041, Denver, Colorado; and

4. That on March 10, 2015, at 10:00 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to set a Trial Preparation Conference; provided, further, that counsel for the government shall arrange, schedule and coordinate the conference call to 303-335-2350 necessary to facilitate the setting conference.

Dated March 3, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge