**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Action No. 13-cr-00354-REB

UNITED STATES OF AMERICA ,

      Plaintiff,

v.

JOEL E. MILLER,

      Defendant.

_____

**AMENDED ORDER MARSHALING**
**EXPERT WITNESS DISCOVERY AND TESTIMONY**
_____

**Blackburn, J.**

At the hearing on April 24, 2015, the court and counsel discussed, *inter alia*,

deadlines for filing motions and corresponding responses relating to the disclosure of

expert witnesses by the government. This order is entered to provide a reasonable

procedure to address the issues concerning such expert testimony in this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant may file motions under Fed. R. Evid. 702, 703, or 704 by

May 25, 2015, and the government may file a response within 21 days of the filing of the

corresponding motion;

2. That to resolve pretrial issues concerning such witnesses, the following

procedural protocol shall be used:

      a. That for each putative expert witness with respect to whom the

defendant objects for any reason, the defendant shall provide the following:

        1. whether the defendant contends that the testimony of the expert is unnecessary or irrelevant; and if so, why;

        2. whether the defendant objects to the qualifications of the witness; and if so, why (stated in detail); and

        3. whether the defendant objects to any opinion to be offered by the expert; and if so:

        a. which opinion; and

        b. the specific basis for any objection stated and presented in terms of Fed. R. Evid. 401 and/or 702 (a), (b), (c), or (d), 703, or 704, i.e., whether the objection impugns the relevancy of the opinion, the qualifications of the expert, the sufficiency of the facts and data used in support of the opinion, the principles and methods on which the expert relied in support of the opinion, how the expert has applied the principles and methods reliably to the facts of the case relevant to the opinion, or the facts or data used in forming an opinion on the subject;

        b.  That based on any motion and its corresponding response, the court may

        1. rule on the papers;

        2. require additional briefing;

        3. schedule an evidentiary hearing; or

        4. schedule oral argument;

    3.  That this amended order supplants and supersedes the **Order Marshaling Expert Witness Discovery And Testimony** [#278] filed May 1, 2015.

Dated May 1, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge