## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Action No. 13-cr-00354-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOEL E. MILLER,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me *sua sponte* for preliminary consideration of the **Government's Notice of Intent To Offer Evidence Pursuant to Rules 803(6) And 902(11) of the Federal Rules of Evidence** [#327] filed August 3, 2015. To expedite consideration of the sufficiency and legality of the notice and its concomitant certifications, declarations and affidavits and the admission of the concomitant and corresponding exhibits, I enter this order requiring the defendant to state before trial his objections, if any, to the notice and the concomitant and corresponding exhibits.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That by 12:00 p.m. (MDT), on Wednesday, October 30, 2015, the defendant shall file and state his objections, if any, to the sufficiency and legality of the notice [#327] and its concomitant certifications, declarations and affidavits and his objections, if any, to the admission at trial of the corresponding exhibits as records of a regularly conducted activity, *i.e.*, business records, under Fed. R. Evid. 803(6); and

      2.  That the government shall be prepared to reply to any objection of the defendant during the Trial Preparation Conference on October 2, 2015.

      Dated September 23, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge