**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 13-cr-00354-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL E. MILLER,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me *sua sponte*. To marshal the many exhibits likely to be considered at trial, I will be using Trial Director, a computer software facilitating the organization of and access to evidentiary exhibits. To facilitate my efficacious use of this software, I enter the following orders specifying the manner in which the parties shall present and file their proposed trial exhibits.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That by commencement of trial, each party shall provide the court with its proposed exhibits to be filed in the manner specified below:

- Each disk containing exhibits should be labeled with the following information: case number, case name, revision number, and revision date.
- All images contained on the disk should be of *.TIF or *.JPG file

format.

- Documents containing multiple pages must be scanned as multiple files (no multi-page *.TIF files), using appropriate naming schema (see below).

- The government's exhibit image files must follow a numeric naming schema. Single page exhibit names may be 001.TIF and 002.TIF, where 002.TIF is a second exhibit file. Multi-page exhibits may be 001.TIF, 001-2.TIF, 001-3.TIF, etc., and 002.TIF, where 001.TIF is the first page of a multiple-page document, 001-2.TIF is the second page, 001-3.TIF is the third page, etc., and 002.TIF is the first page of a different exhibit.

- The defendant's exhibit image files must use an alpha-numeric naming schema. Single page exhibit names may be A001.TIF and A002.TIF, where A002.TIF is a second exhibit file. Multi-page exhibits may be A001.TIF, A001-2.TIF, A001-3.TIF, etc, A002.TIF, where A001.TIF is the first page of a multiple-page exhibit, A001-2 is the second page, A001-3 is the third page, etc., and A002.TIF is the first page of a different exhibit; and

2. That any questions about the foregoing filing instructions shall be addressed and submitted to the IT department of the court, contact information for which may be obtained from the court at 303-335-2350.

Dated September 24, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge