**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 13-cr-00354-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOEL E. MILLER,

      Defendant.

---

**ORDER PRESCRIBING JURY SELECTION PROTOCOL**

---

**Blackburn, J.**

Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall

be used by the court and the parties in the selection of the jury in the trial of this case.

Dated October 2, 2015, at Denver, Colorado.

                                           **BY THE COURT:**

                                         Robert E. Blackburn
                                         United States District Judge