**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  13-cr-00354-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOEL E. MILLER,

     Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

     The attached **Juror Questionnaire** is approved for use in the trial of this case.

     **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

     Dated October 2, 2015, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge