**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00354-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOEL E. MILLER,
      a/k/a Joel Edward Miller,

      Defendant.

---

### MINUTE ORDER

---

      The matter is before the court on the defendant's **Motion for Reconsideration of Detention Order** [#194][1] filed December 31, 2014. After careful review of the motion and the file, the court concludes that the motion should be denied as moot.

      **THEREFORE, IT IS ORDERED** that the **Motion for Reconsideration of Detention Order** is denied as moot.

      Dated:  October 5, 2015

---

[1] "[#194]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.