**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  13-cr-00354-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOEL E. MILLER,

      Defendant.

## ORDER

      Pursuant to 28 § U.S.C. §1871 (b)(3), and at the discretion of the trial judge, a juror required to attend and provide more than ten days of actual service may be paid an additional $10.00 per day for each day over ten days required to complete jury service.

      **THEREFORE, IT IS ORDERED** that the clerk shall pay each juror serving in this case the sum of $50.00 per day beginning on the eleventh day of service and continuing thereafter until service has been completed and the juror is released and discharged by the court.

      Dated October 14, 2015, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge